May 9, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

TERESA TROTTER, Appellant

NO. 14-12-00431-CV                    V.

THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-8, ITS SUCCESSORS AND/OR ASSIGNS, Appellee

_____

       This cause, an appeal from the judgment in favor of appellee, The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2006-8, Its Successors and/or Assigns, signed March 30, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

       We order this decision certified below for observance.